IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

6:21-cv-01480-WWB-GJK

ANNA GUZMAN
                Plaintiff,
vs.

PHH MORTGAGE CORPORATION,
                Defendant.
_____/

## ANNA GUZMAN'S,
## MOTION FOR LEAVE TO AMEND ORIGINAL COMPLAINT

Comes now Anna Guzman, Plaintiff herein and files this Motion for Leave to file her Amended Complaint as follows:

1. Plaintiff filed suit in Orange County Circuit Court, Florida on July 18, 2021, alleging a case for violation of both the Federal FDCPA, 15 USC 1692(f)(6) and the Florida State Statue FCCPA _559.72(9), Ana Guzman vs. PHH Mortgage Corporation, 2021-CA-007572-O

2. Defendant was served with summons and complaint on August 09 2021 and filed a Motion for Extension of time to file its responsive pleading on August 30, 2021

3. Defendant filed for removal of the case to US MD District Court in the instant case on September 08, 2021 and the case and file were removed to this court effective September 08, 2021.

4. Plaintiff notified Defendant that she intended to amend her Complaint in the State case to withdraw the count for violation of the Federal FDCPA alleged violations, leaving just the Florida State FCCPA violation count.

5. Plaintiff did file in the State Court her Amended Complaint containing only the count on the State Law violations and dropping all Federal law violation counts on September 10, 2021 but the case and file had already been removed to Federal Court.

6. The case and file had already been removed and filed in this court effective September 8, 2021

7. Plaintiff asks for leave to file her Amended Complaint in this Court which is the Complaint that contains only Florida State law violations and no Federal law violations. The proposed Amended Complaint which was filed in the State Court docket is filed herewith as an Exhibit hereto.

WHERFORE, Plaintiff asks for leave to file the Amended Complaint in this court which effectively removes any allegations or action for violation of any Federal Statutes. Plaintiff is filing simultaneously with the Motion a Motion to Remand back to State court for the reason that, after amending her complaint, there will be

no Federal Statute violation allegations or claims in her amended complaint, only State law violations.

Dated: October 18, 2021.

                                            Respectfully submitted,

                                            __/ J. Marshall Gilmore _____
                                            Attorney for Plaintiff
                                            J. Marshall Gilmore, Esquire
                                            J. Marshall Gilmore, P.A.
                                            Fl Bar No. 0840-181
                                            125 E. Merritt Island Causeway
                                            Suite 107 – 340
                                            Merritt Island, FL 32952
                                            Tele: (321) 591-9922
                                            mgilmore@mgilmorelaw.com

### 3.01(G) CERTIFICATION

The undersigned certifies that he has conferred with counsel for the Defendants via email and telephone just prior to October 18, 2021 and Defendants oppose the relief requested in this motion.

                                            __/ J. Marshall Gilmore _____
                                            Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I electronically filed the foregoing with the Clerk of the Court in the U. S. District Court, Middle District of Florida, Orlando Division, by using the CM/ECF system, which will send a notice of electronic filing to:

*/s/ Michael Smith*
**Michael Smith**
Florida Bar # 88831

*Email: mwsmith@burr.com*
*Secondary Email:nwmosley@burr.com*
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
*Counsel for Defendant*

                                                                                      __/ J. Marshall Gilmore _____
                                                                                      Attorney for Plaintiff